UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

QUINCEY B. CARPENTER                                                                                   PLAINTIFF

V.                                                                      CIVIL ACTION NO. 3:13-cv-588-CWR-FKB

PHIL BRYANT, et al.                                                                                  DEFENDANTS

### REPORT AND RECOMMENDATION

This cause comes on this date on the *sua sponte* motion of the Court to dismiss this cause of action because of Plaintiff's failure to prosecute his claims. *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993)(citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962) (a district court has inherent power to dismiss a case *sua sponte* for failure to prosecute despite language of Fed. R. Civ. P. 41(b) requiring a motion by defendant)). Plaintiff failed to properly serve process, in accordance with Fed. R. Civ. P. 4(c), within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m). Despite two Orders to Show Cause [8, 11], and an Order granting Plaintiff until April 8, 2014, to provide addresses for Defendants to the Clerk of the Court [16], Plaintiff has failed to submit addresses for Defendants. By failing to respond to this Order [16] and the prior Order requiring same [7], and failing to properly and timely serve process, Plaintiff has failed to prosecute this case. For these reasons, the undersigned recommends that Plaintiff's claims be dismissed without prejudice for failure to prosecute and failure to properly serve process. Fed. R. Civ. P. 4; Fed. R. Civ. P. 41(b).

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and

legal conclusions accepted by the district court.  28 U.S.C. §636.

    Respectfully submitted, this the 30th day of June, 2014.

                            /s/ F. Keith Ball
                            UNITED STATES MAGISTRATE JUDGE